IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Subpoena to Perkins
Coie LLP

Case No. 2:19-mc-38
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

By Order dated November 17, 2023, the Court lifted the Stay, reinstated Perkins Coie LLP's ("Perkins Coie") Motion to Quash, and granted Perkins Coie until December 8, 2023 to file a Reply in support of its Motion. (ECF No. 70.) The Court notes that, in its Motion, Perkins Coie offered to submit for *in camera* review a copy of its engagement letter with Porter Wright Morris & Arthur LLP. (*See* ECF No. 2 n.1.)[1] Perkins Coie may make its *in camera* submission electronically to deavers_chambers@ohsd.uscourts.gov or via hand delivery to the Clerk's Office no later than **MONDAY NOVEMBER 27, 2023**. Upon review, the Court will determine whether to order production of the letter to Plaintiffs' counsel unless, in the meantime, Plaintiffs have agreed that no subject matter waiver is effected as to any other documents and Perkins Coie has produced a copy of the engagement letter to Plaintiffs' counsel.

IT IS SO ORDERED.

Date: November 21, 2023

---

[1] According to Perkins Coie, "[t]he terms of [its] engagement by Porter Wright are detailed in an engagement letter executed on April 26, 2018. To avoid waiving any applicable attorney-client privilege or work product doctrine, Perkins Coie does not attach the engagement letter to this motion, but will provide it to the Court upon request for *in camera* review. Should the Court in its discretion order production of the letter, or if the Plaintiffs agree that no subject matter waiver is effected as to any other documents, Perkins Coie will also produce a copy of the engagement letter to Plaintiffs' counsel."

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

_/s/ Elizabeth A. Preston Deavers_
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE