IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Subpoena to Perkins
Coie LLP

Case No. 2:19-mc-38
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

**ORDER**

On January 17, 2024, Intervenor The Ohio State University ("OSU") filed a response to the Undersigned's Order dated January 3, 2024. (See ECF Nos. 75, 77.) Should Plaintiffs wish to file a response to OSU's filing, they may have until **FEBRUARY 5, 2024**, to do so.

IT IS SO ORDERED.

Date: January 22, 2024

  */s/ Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**