**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **In re: Subpoena to Perkins Coie LLP** | **Case No. 2:19-mj-38**<br>**Judge Michael H. Watson**<br>**Magistrate Judge Elizabeth P. Deavers** |

## NOTICE

TAKE NOTICE that a Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **FEBRUARY 27, 2024,** at **2:00 PM**.  The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

**Date: February 8, 2024**                    *s/Sherry Nichols*
                                              Sherry Nichols, Courtroom Deputy
                                              Sherry_Nichols@ohsd.uscourts.gov
                                              614-719-3460