IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: Subpoena to Perkins Coie LLP, in the matter of *Steve Snyder-Hill, et al. v. The Ohio State University* (S.D. Ohio 2:18-cv-00736-MHW-EPD) | Case No.: 2:19-mc-00038-MHW-EPD<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth Preston Deavers<br><br>Judge Michael R. Barrett (Settlement) |

### Certification of Counsel

Perkins Coie LLP ("Perkins Coie") certifies that some, but not all, of the OSU records uploaded into its electronic discovery database are publicly available to Plaintiffs via the OSU website. The documents made available publicly on the OSU website include "public records cited in the report" and "public records that contain Strauss' name or information specifically regarding Strauss." *See* https://news.osu.edu/report-of-the-independent-investigation-into-sexual-abuse-committed-by-dr-richard-strauss/.

In contrast, documents that are not publicly available to Plaintiffs via the OSU website include files collected by Perkins Coie from OSU over the course of its investigation that are not public records referencing Strauss or specifically relating to him. As Perkins Coie stated in its Report, OSU provided the Investigative Team with access to more than 825 boxes of hardcopy records, comprising nearly 3,400 separate folders. In total, the Investigative Team reviewed over 30 gigabytes of data, many of which were scanned documents from OSU. *See* Perkins Coie LLP, Report of the Independent Investigation at 18 (May 15, 2019).

For example, files uploaded to Perkins Coie's electronic discovery database that were not made publicly available on OSU's website include documents falling within the following categories of information:

- Inventory lists for documents in OSU's Archives and scanned archive boxes;
- Various faculty and staff directories;
- Athletic team media guides and rosters;

- Documents regarding OSU facilities;
- Policy-related documents (e.g., codes of conduct, employee handbooks, rules and regulations, etc.);
- Public records requests;
- OSU Police Department records;
- Documents and communications related to reports of misconduct;
- Student Health Center files;
- Records from the College of Medicine and Public Health; and
- Emails collected from certain OSU custodians.

Given the volume of documents collected and uploaded, Perkins Coie is continuing to evaluate whether there are any additional categories of documents in its electronic database that do not fall into those identified above. In either event, Perkins Coie will meet and confer with Plaintiffs to discuss further.

Respectfully submitted,

*/s/ T. Markus Funk*
One of the Attorneys for Perkins Coie LLP

T. Markus Funk
mfunk@perkinscoie.com
Bates McIntyre Larson
blarson@perkinscoie.com
Angela R. Jones
ajones@perkinscoie.com
Perkins Coie LLP
110 North Wacker Drive
Suite 3400
Chicago, IL 60606-1511
(312) 324-8400

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I served the foregoing *Certification of Counsel* by electronically filing the pleading using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ T. Markus Funk*